VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 07/25/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Roy Randolph Carpenter Jr.
 ( debtor has no known aliases )
P.O. Box 314
Stem, NC 27581

CASE NO.: 10–03870–8–SWH

DATE FILED: May 13, 2010

CHAPTER: 13

Penny Averette Carpenter
 ( debtor has no known aliases )
P.O. Box 314
Stem, NC 27581


NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:    Tuesday, August 10, 2010
TIME:    10:00 AM
PLACE:   Room 208, 300 Fayetteville Street, Raleigh, NC 27602

to consider and act on the following matters:

 Motion For Relief From Stay filed by Dale W. Hensley on behalf of Franklin SIS Corporation

and to transact all other business as may properly come before the court.

DATED: July 28, 2010

                                                Stephanie J. Edmondson
                                              Clerk of Court